Cheryl Johnson-Hartwell (SBN 221063)
E-mail: cjohnson-hartwell@bwslaw.com
Georgette Renata Herget (SBN 93866)
E-mail: gherget@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendant
ACCEPTANCE NOW, LLC erroneously sued as
RENT-A-CENTER, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE RICHARD, KELLY RICHARD<br><br>Plaintiffs,<br><br>v.<br><br>RENT-A-CENTER, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 15-CV-00572-JAK-JPR<br><br>**REPORT BY DEFENDANT REGARDING STATUS OF ARBITRATION**<br><br>Hon. John A. Krondstadt |

Defendant, RAC Acceptance West, dba Acceptance Now, erroneously sued as Rent-A-Center ("RAC"), submits this report in keeping with this Court's Order of June 18, 2015. RAC solicited the participation of Plaintiffs' counsel, but received no response.

The matter has been submitted to the American Arbitration Association for arbitration hearing. The process for selection of an arbitrator mutually agreeable to the parties is underway, but no arbitrator has yet been selected.

///

///

///

///

Once an arbitrator has been selected, various procedural matters will be submitted for determination by the arbitrator, and a hearing date will be scheduled.

DATED:  November 9, 2015     BURKE, WILLIAMS & SORENSEN, LLP
Cheryl Johnson-Hartwell
Georgette Renata Herget


By: *s/ Georgette Renata Herget*
GEORGETTE RENATA HERGET
Attorneys for Defendant
ACCEPTANCE NOW, LLC erroneously sued as RENT-A-CENTER, INC.