1  ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
   TRUEBLOOD LAW FIRM
2  10940 Wilshire Boulevard, Suite 1600
   Los Angeles, California 90024
3  Telephone: (310) 443-4139
   Facsimile: (310) 943-2255
4
   Attorneys for Plaintiffs
5  BRUCE AND KELLY RICHARD

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | BRUCE RICHARD, and KELLY ) Case No: 5:15-CV-00572--JAK-JPR
12 | RICHARD,                  )
                               ) **NOTICE OF SETTLEMENT**
13 |         Plaintiffs,       )
                               )
14 |                           )
       vs.                     )
15 |                           )
                               )
16 | RENT-A-CENTER, INC., and DOES 1 )
   | through 10, inclusive,    )
17 |                           )
                               )
18 |         Defendants.       )

Plaintiffs hereby inform the Court that the matter has settled, and therefore the arbitration before the AAA will not go forward. Upon defendant's compliance with the settlement terms, plaintiffs will file a dismissal with prejudice in this matter, which should occur within approximately 30 days.

Dated: April 11, 2016        Respectfully Submitted,

                             TRUEBLOOD LAW FIRM


                             By:      /s/
                                  Alexander B. Trueblood

                             Attorneys for Plaintiffs
                             BRUCE AND KELLY RICHARD

1