1  ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
   TRUEBLOOD LAW FIRM
2  10940 Wilshire Boulevard, Suite 1600
   Los Angeles, California 90024
3  Telephone:  (310) 443-4139
   Facsimile:  (310) 943-2255
4
   Attorneys for Plaintiffs
5  BRUCE AND KELLY RICHARD

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

11 BRUCE RICHARD, and KELLY      ) Case No: 2:15-CV-00572--JAK-JPR
   RICHARD,                      )
12                               )
                                 ) **PLAINTIFF'S REQUEST FOR**
13           Plaintiffs,         ) **DISMISSAL**
                                 )
14                               )
       vs.                       )
15                               )
                                 )
16 RENT-A-CENTER, INC., and DOES 1 )
   through 10, inclusive,        )
17                               )
                                 )
18           Defendants.         )

The matter having settled, plaintiffs hereby request that the court dismiss the entire action with prejudice.

Dated:  April 28, 2016                Respectfully Submitted,

TRUEBLOOD LAW FIRM


By: _____/s/_____
    Alexander B. Trueblood

Attorneys for Plaintiffs
BRUCE AND KELLY RICHARD

1